# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1803

_____

United States of America

*Plaintiff - Appellee*

v.

Angel Antonio Bermudez, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 27, 2020
Filed: April 2, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Angel Bermudez appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense, pursuant to a plea agreement containing an appeal

_____

[1] The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

waiver. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of Bermudez's sentence and arguing the district court should have granted an additional 1-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(b).

We conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (stating that this court reviews de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (stating that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss this appeal.

_____